UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY J. GENIER, SR.,

                Plaintiff,

v.                                                                9:13-CV-1460
                                                               (GTS/DEP)

SERGEANT VANARNUM, Hearing Board Office,
Washington County Correctional Facility; and
CAPTAIN MCKENNA, Chief Administrator,
Hearing Board Appeal, Washington County
Correctional Facility,

                Defendants.
_____

APPEARANCES:                                             OF COUNSEL:

ANTHONY J. GENIER, SR., 14-A-0698
  Plaintiff, *Pro Se*
Adirondack Correctional Facility
Box 110
Ray Brook, New York 12977

HON. ERIC T. SCHNEIDERMAN                  JOSHUA D. LINDY, ESQ.
Attorney General for the State of New York        Assistant Attorney General
Syracuse Regional Office
  Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, New York 13204

GLENN T. SUDDABY, Chief United States District Judge

## **DECISION and ORDER**

      Currently before the Court, in this *pro se* prisoner civil rights action filed by Anthony J.

Genier, Sr. ("Plaintiff") against the two above-captioned employees of the New York State

Department of Corrections and Community Supervision ("Defendants"), are Defendants' motion

for summary judgment, and Chief United States Magistrate Judge David E. Peebles' Report-

Recommendation recommending that Defendants' motion be granted and that Plaintiff's

Complaint be dismissed in its entirety. (Dkt. Nos. 33, 36.) None of the parties have filed objections to the Report-Recommendation and the deadline in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant papers herein, including Magistrate Judge Peebles' thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation: Magistrate Judge Peebles employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.[1] As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Defendants' motion is granted, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 36) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 33) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the Clerk of the Court shall enter Judgment for Defendants and close this action.

Dated: August 26, 2016
       Syracuse, New York

HON. GLENN T. SUDDABY
Chief United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).